RECEIVED
APR 21 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Jose Hernandez-Correa,**

Defendant.

Docket No. 0:01CR00201-001(DSD)

Mr. Hernandez-Correa, is an immigration deportee on supervised release who was sentenced by Your Honor in 2002. He re-entered the country and has a new case in Phoenix, Arizona. He has pled guilty in that case. Mr. Hernandez-Correa is currently in custody awaiting sentencing. Once his new prison term is completed he will be subject to deportation proceedings and his status will be monitored on a new term of supervised release in Arizona. It is accordingly recommended that, in order to reduce costs and expedite matters, this defendant be discharged from his current term of supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 20th day of April, 2006.

Honorable David S. Doty
Senior U.S. District Judge

SCANNED
APR 21 2006
U.S. DISTRICT COURT MPLS